UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                                                              NO. 3:11CR-10-S

VICTOR CANCEL-RODRIGUEZ                                          DEFENDANT


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Robert Bonar, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The defendant advised the Court that he did not require the services of the Spanish interpreter, Christina Courtright, certified Spanish interpreter. The Defendant, Victor Cancel-Rodriguez in custody and by consent with Catherine Kamenish, CJA appointed counsel, appeared in open court on May 18, 2011, and entered a plea of guilty as to Count 1 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

Sentencing is scheduled for **Wednesday August 10, 2011 at 3:00 p.m.**, before Charles R. Simpson III, Judge United States District Court.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remain in the custody of the United States Marshal**.

Date: May 18, 2011

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30