**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                            **CRIMINAL ACTION NUMBER : 3:11CR-10-S**

**VICTOR CANCEL-RODRIGUEZ**                                 **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count 1 in the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **Wednesday August 10, 2011 at 3:00 p.m.**, in Louisville, KY, before Charles R. Simpson III, Judge United States District Court.

Copies to: U.S. Attorney
          U.S. Marshal
          U.S. Probation
          Counsel of Record